# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SARAH A. SOLLENBERGER, | : No. 443 MAL 2024 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 1093 MDA |
| | : 2023 entered on August 9, 2024, |
| JASON D. FUNK, | : **affirming and vacating** the Order |
| | : of the York County Court of |
| Petitioner | : Common Pleas at No. 03209 SA |
| | : 2004 entered on June 9, 2023 |
| | |
| GINA R. PARKS, | : No. 444 MAL 2024 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 998 MDA |
| | : 2023 entered on August 9, 2024, |
| JASON D. FUNK, | : **affirming and vacating** the Order |
| | : of the York County Court of |
| Petitioner | : Common Pleas at Nos. CP-67- |
| | : SA-1248-2019, DRO 123142 and |
| | : Pacses No. 388116875 entered |
| | : on June 9, 2023 |

## ORDER

**PER CURIAM**                                                         **DECIDED: June 24, 2026**

**AND NOW**, this 24th day of June, 2026, the Petitions for Allowance of Appeal are **GRANTED**, the Superior Court's orders are **VACATED**, and the cases are **REMANDED** to that court for reconsideration in light of *Bredbenner v. Hall*, --- A.3d ---, 2026 WL 852526 (Pa. filed Mar. 26, 2026).